# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Stacy A. Byfield<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 19-mj-00026-NRN<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __January 22, 2019__, in the county of __Larimer__ in the _____ District of __Colorado__, the defendant (s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1349 | Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341) |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

> _s/Kevin P. Hoyland_
> *Complainant's signature*
>
> Kevin P. Hoyland, FBI Special Agent
> *Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 01/31/2019

City and state: Denver, Colorado

> _N. Reid Neureiter_
> *Judge's signature*
>
> Magistrate Judge N. Reid Neureiter
> *Printed name and title*