<u>DEFENDANT</u>: Stacy A. Byfield

<u>YOB</u>:  1990

<u>ADDRESS</u> (CITY/STATE):  Brooklyn, NY

<u>OFFENSE(S)</u>: Attempt and Conspiracy to Commit Mail Fraud, 18 U.S.C. 1349 (18 U.S.C. 1341)

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Larimer County, CO

<u>PENALTY</u>:   NMT 20 years in prison, NMT $250,000 fine, or twice the financial gain or loss from the offense, whichever is greater, or both imprisonment and a fine; NMT 3 years of supervised release; $100 special assessment

<u>AGENT</u>: Kevin P. Hoyland

<u>AUTHORIZED BY</u>:  Martha A. Paluch
             Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less      __X__ over five days      _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      _____ Yes      __X__ No