# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00026-NRN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**STACY BYFIELD,**

        **Defendant.**

---

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1) The defendant, STACY BYFIELD, YOB: 1990, Jail ID P-40934, is confined in the Larimer County Jail, 2405 Midpoint Dr, Fort Collins, CO 80525.

2) An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge on the charges in the Criminal Complaint in the above-captioned case, and it is necessary that she be present in person during the proceedings, appearances, and final disposition of her case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ

on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

Respectfully submitted this 1st day of February, 2019.

                                JASON R. DUNN
                                United States Attorney

                                *s/Martha Paluch*
By:   MARTHA PALUCH
        Assistant U.S. Attorney
        1801 California Street, Suite 1600
        Denver, Colorado  80202
        Telephone:  (303) 454-0100
        Email:  martha.paluch@usdoj.gov
        Attorney for the Government