IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00026-NRN

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**STACY BYFIELD,**

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

      Upon petition of the United States and for good cause shown, it is hereby

      ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce STACY BYFIELD, YOB: 1990, Jail ID P-40934, before a United States Judge forthwith for proceedings and appearances upon the charges in the Criminal Complaint, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution

where she is now confined.

    SO ORDERED this _____ day of _____, 2019.


_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO