IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-mj-00026-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

---

### GOVERNMENT'S MOTION TO SUBSTITUTE REDACTED AFFIDAVIT AND MODIFY RESTRICTION

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby moves the Court to substitute the redacted affidavit, filed herewith, for the affidavit that was originally filed in this case, and then modify restriction from the current restriction of Level 3 to Level 1 so that the documents in this case are accessible to the Court, defense counsel, and the government.  As grounds, the government submits the following:

1.  A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and Motion to Restrict were filed in this case on January 31, 2019.  ECF 1.

2.  The affidavit filed referenced the full names, dates of birth, and addresses of the victims in the case.

3.  The government has redacted that personal identifying information and requests that the Court substitute the redacted affidavit filed herewith for the original affidavit filed on January 31, 2019.

4. Should the Court grant this request and substitute the redacted affidavit for the original, the government then respectfully requests that the Court modify the restriction level in this case from its current Level 3 restriction to Level 1 restriction so that the Court, defense counsel, and the government will have access to the filings in this case. The government also requests that the original affidavit remain restricted at Level 3 to protect the personal identifying information of the victims.

5. Restriction of the redacted affidavit and all pleadings in this case at Level 1 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 1, and; 3) only restricted access will adequately protect the interests in question. These interests are further described as follows: The government is continuing to investigate additional targets of the conspiracy alleged in the complaint and affidavit. The government believes that certain of these targets, located in the United States and Jamaica, are unaware of the continuing investigation. Further, this case involves a national investigation of other targets and/or other possible locations where evidence of crimes may be located, such as on computers and cellphones subject to the control of the targets. Accordingly, it is necessary to maintain the secrecy of the investigation, as there is reason to believe that public disclosure of this investigation identified in the redacted affidavit will seriously jeopardize the investigation by giving the targets, known and unknown, an opportunity to flee from prosecution, destroy, or tamper with evidence.

6.  Restricting public access (at a Level 1) to the redacted affidavit and all case filings is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

7.  Restricting access at a Level 3 for the unredacted affidavit is the only practicable way to protect the personal identifying information of the victims contained in the original affidavit.

8.  Once the government believes its investigation is complete, it will promptly move for the Court to unrestrict the case.

Respectfully submitted,

JASON R. DUNN
United States Attorney

s/ *Martha A. Paluch*
By:  Martha A. Paluch
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  martha.paluch@usdoj.gov
Attorney for Government