IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-mj-00026-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to substitute redacted affidavit and modify restriction, and the Court having considered the same,

1.    IT IS HEREBY ORDERED that the Clerk's Office substitute the redacted affidavit for the original affidavit filed on January 31, 2019, and that the redacted affidavit and all other pleadings in this case be restricted at **Level 1 restriction** to allow access only to the Court, counsel for the defendant, and for the government.

2. FURTHER, that the original affidavit remain restricted at **Level 3 restriction** for the reasons stated in the government's motion.

SO ORDERED this __8__ day of __Feb.__, 2019.

BY THE COURT:

_Reid Neureiter_
United States Magistrate Judge
District of Colorado