# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:19-mj-00026-NRN-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

_____

## ORDER OF DETENTION
_____

THIS MATTER came before the court for a detention hearing on 2/13/2019, after the Government moved for detention under 18 U.S.C. § 3142. Defendant, through counsel, indicated to the Court that Defendant consented to detention, thus waiving the right to a detention hearing and agreeing, voluntarily, to detention. *See United States v. Clark,* 865 F.2d 1433, 1436 (4th Cir. 1989) ("We now hold that both the time requirements and the detention hearing itself provided for in section 3142 are waivable.")

Defendant is before the Court on a writ from Larimer County based on an unsatisfied bond. Because she is currently in custody in Larimer County, Defendant did not challenge the Government's request for detention.

The Court has weighed the factors listed in the Bail Reform Act. 18 U.S.C. § 3142(g). The Court also considered the Pretrial Services Report, of which it takes judicial notice. Based on this information, Defendant's consent to detention, and the nature and circumstances of the alleged offense (attempt and conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349), the Court finds by a preponderance of evidence that no condition or combination of conditions of release will reasonably assure Defendant's appearance as required.

IT IS ORDERED that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for appearances in connection with these proceedings.

DATED: 2/13/2019

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge