UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                NOTICE OF APPEARANCE
-against-                                        19-MJ-0026 (NRN)

STACY A. BYFIELD,
**Defendant.**
-----------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Jane Fisher-Byrialsen, of Fisher & Byrialsen, PLLC, appears on behalf of **Stacy Byfield**, defendant in the above-captioned matter.

        Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

DATED: DENVER, COLORADO
        February 21, 2019

                                                          _____/s/_____
                                                          Jane Fisher-Byrialsen, Esq.

cc:  All Parties via ECF