**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-mj-00026-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

---

**JOINT MOTION TO VACATE MARCH 7, 2019 STATUS HEARING**

---

    The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch, Assistant United States Attorney, and Stacy A. Byfield, by and through her counsel Jane Fisher-Byrialsen, jointly move this Court to vacate the status hearing currently scheduled for March 7, 2019, at 2:00 p.m. in United States Magistrate Judge Michael E. Hegarty's courtroom. In support thereof, the parties state as follows:

    On February 26, 2019, this Court granted the Parties' Joint Motion to Exclude Time Before Indictment (ECF 21). Through this Order, the parties now have until April 5, 2019, to reach a pre-indictment resolution or the government will file charges by that date. Accordingly, there is no reason for the United States Marshals Service to transport the defendant from Jefferson County Jail for a status conference in this case on March 7, 2019.

WHEREFORE, the parties respectfully request that this Court vacate the status conference scheduled in this matter for March 7, 2019, at 2:00 p.m.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

        /s *Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: Martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 28, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

   /s *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov