IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-mj-00026-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2019.**

    For good cause shown, the Joint Motion to Vacate March 7, 2019 Status Hearing [filed February 28, 2019, ECF No. 22] is **granted.** The Status Hearing currently scheduled for March 7, 2019 is **vacated**.