IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00026(NRN)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STACY BYFIELD

    Defendants.

---

### STACY BYFIELD'S NOTICE OF DISPOSITION AND REQUEST FOR A CHANGE OF PLEA DATE

---

    Undersigned counsel, Jane Fisher-Byrialsen, Esq., on behalf of Stacy Byfield, hereby advises the Court that a disposition has been reached between Miss Byfield and the government.

    WHEREFORE, undersigned counsel respectfully requests that the Court set this matter for a change of plea hearing. Undersigned counsel and the government also jointly request permission to contact Chambers directly to select the date for the change of plea hearing as both undersigned counsel and Assistant United States Attorney Paluch have hearings and/or trial in the near future that may conflict with a date set by the Court.

    DATED: Denver, Colorado
           April 24, 2019

RESPECTFULLY SUBMITTED,


s/ Jane Fisher-Byrialsen
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
C: (202) 256-5664
Jane@FBLaw.org
Attorney for Stacy Byfield

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2019, I electronically filed the foregoing **Notice of Disposition** with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following email address:

Matha Paluch, AUSA
Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner indicated by the non-participant's name:

Stacy Byfield – hand delivery

                                                      s/ Jane Fisher-Byrialsen
                                                      Jane Fisher-Byrialsen, Esq.
                                                      Fisher & Byrialsen, PLLC
                                                      4600 S. Syracuse Street, 9th Floor
                                                      Denver, CO 80237
                                                      T: (303) 256-6345
                                                      C: (202) 256-5664
                                                      Jane@FBLaw.org
                                                      Attorney for Mr. Sean Herrara