Case 1:19-cr-00207-RBJ Document 28 Filed 05/06/19 USDC Colorado Page 1 of 2

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11:09 am, May 06, 2019
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00207-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNT 1

On or about January 22, 2019, in the State and District of Colorado, the defendant STACY A. BYFIELD, having knowledge of a felony cognizable by a court of the United States, to wit, Wire Fraud in violation of Title 18, United States Code, Section 1343, did knowingly conceal and did not as soon as possible make known the same to a federal judge or some other federal civil or military authority, including a Special Agent of the Federal Bureau of Investigation.

All in violation of Title 18, United States Code, Section 4.

JASON R. DUNN
UNITED STATES ATTORNEY

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Attorney for the Government