DEFENDANT: Stacy A. Byfield

YOB: 1990

ADDRESS (CITY/STATE): Brooklyn, NY

OFFENSE(S):     Misprison of a Felony, Title 18, United States Code, Section 4

LOCATION OF OFFENSE (COUNTY/STATE): Larimer County, CO

PENALTY:   NMT 3 years in prison, NMT $250,000 fine, or both; NMT 1 year of supervised release; $100 special assessment

AGENT: Kevin P. Hoyland, Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Martha A. Paluch
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less        _____ over five days        _____ other

THE GOVERNMENT

__X__ will seek detention in this case        _____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        _____ Yes    __X__    No