# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 19-CR-00207(WYD)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STACY BYFIELD

    Defendants.

---

## STACY BYFIELD'S NOTICE OF DISPOSITION AND REQUEST
## FOR A CHANGE OF PLEA DATE

---

Undersigned counsel, Jane Fisher-Byrialsen, Esq., on behalf of Stacy Byfield, hereby advises the Court that a disposition has been reached between Miss Byfield and the government.

WHEREFORE, undersigned counsel respectfully requests that the Court set this matter for a change of plea hearing. Undersigned counsel and the government have jointly contacted Chambers and been informed that May 14, 2019 at 10:00 a.m. is an available date and time for the change of plea hearing and therefore respectfully request said date and time.

    DATED: Denver, Colorado
           May 6, 2019

RESPECTFULLY SUBMITTED,


s/ *Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
C: (202) 256-5664
Jane@FBLaw.org
Attorney for Stacy Byfield

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2019, I electronically filed the foregoing **Notice of Disposition** with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following email address:

    Matha Paluch, AUSA
    Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner indicated by the non-participant's name:

    Stacy Byfield – hand delivery

                                               s/ *Jane Fisher-Byrialsen*
                                               Jane Fisher-Byrialsen, Esq.
                                               Fisher & Byrialsen, PLLC
                                               4600 S. Syracuse Street, 9th Floor
                                               Denver, CO 80237
                                               T: (303) 256-6345
                                               C: (202) 256-5664
                                               Jane@FBLaw.org
                                               Attorney for Mr. Stacy Byfield