UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-00207-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  STACY A. BYFIELD,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

   A Notice of Disposition was filed in the above matter on May 6, 2019.  A Change of Plea hearing is set for **Tuesday, May 14, 2019 at 10:00 a.m. in Courtroom A-1002. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS** before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

   Dated:  May 7, 2019