**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00207-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

STACY A. BYFIELD,

 Defendant.

---

**PARTIES' NOTICE REGARDING ITS JOINT POSITION ON BOND**

---

 The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch, Assistant United States Attorney, and Stacy A. Byfield, by and through her counsel Jane Fisher-Byrialsen, hereby provide notice to the Court regarding the position the parties will jointly take at the defendant's May 14, 2019 change of plea hearing with respect to the defendant's release on bond. In support thereof, the parties state as follows:

 1. On May 6, 2019, the defendant appeared in United States Magistrate Judge Kato Crews's courtroom for her initial appearance on an Information that charged one count of Misprison of a Felony, in violation of Title 18, United States Code, Section 4. This charge relates to a lottery scheme charged in *United States v. Leonard Luton,* 19-cr-00098-CMA. Also on May 6, 2019, the Court arraigned the defendant on this charge and conducted her discovery conference. That same day the defendant filed a

Notice of Disposition, ECF 32.

2. The defendant has been in custody in this District since her initial appearance on a Complaint on February 6, 2019. Case No. 19-mj-00026-NRN.

3. The defendant's change of plea hearing is scheduled to commence at 10:00 a.m. on May 14, 2019.

4. At the conclusion of that hearing, the parties will jointly request that the defendant be released on bond pending sentencing, with the condition of home detention with location monitoring, and any other conditions deemed appropriate by the Probation Office in Denver, Colorado, after consultation with the Probation Office in Brooklyn, New York.

DATED this 7th day of May, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 7, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

    /s *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov