UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    19-cr-00207-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   STACY A. BYFIELD,

    Defendant.

---

**MINUTE ORDER**

---

    Per the authority of Chief Judge Philip A. Brimmer, the Change of Plea Hearing scheduled for Tuesday, May 14, 2019, at 10:00 a.m., is **VACATED**.

    Dated:   May 13, 2019.