IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  19-cr-00207-RBJ | Date: May 20, 2019 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter:  N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Martha A. Paluch* |
| v. | |
| 1. STACY A. BYFIELD<br>**Defendant** | *Jane H. Fisher-Byrialsen* |

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session:  9:36 a.m.

Appearances of counsel.

Defendant is present in custody.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Count 1 of the Information pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**: **The plea of guilty to Count 1 of the Information entered by the defendant is accepted, the defendant is found guilty of the crime charged.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Sentencing is set for August 15, 2019, at 8:30 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

Discussion held on bond.

**ORDERED:** **Defendant is released on a $25,000 unsecured bond with conditions as stated on the record.**

**The defendant is remanded to the custody of the United States Marshal pending release.**

Court in Recess:  9:53 a.m.             Hearing concluded.             Total time in Court:  00:17