# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00207-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     STACEY A. BYFIELD,

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 22nd day of July, 2019.

                                              JASON R. DUNN
                                              United States Attorney

By:     s/*Sarah H. Weiss*
           SARAH H. WEISS
           Assistant United States Attorney
           United States Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Telephone: 303-454-0100
           Fax: 303-454-0405
           Email: sarah.weiss@usdoj.gov
           Attorney for the Government