IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00207-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

STACY A. BYFIELD,

       Defendant.

---

## PARTIES' JOINT MOTION TO CONTINUE DEFENDANT'S
## AUGUST 15, 2019 SENTENCING HEARING

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch and Sarah H. Weiss, Assistant United States Attorneys, and the defendant, Stacy A. Byfield, personally and through counsel, Jane Fisher-Byrialsen, hereby respectfully request that the Court continue the defendant's August 15, 2019 sentencing hearing, for the following reasons:

1)  The defendant's sentencing hearing is currently scheduled for August 15, 2019, at 8:30 a.m.

2)  As set forth in her plea agreement, the defendant agreed to cooperate with the government and provide substantial assistance in the investigation and prosecution of other persons involved in a fraud scheme.  ECF 39 (Plea Agreement) at 4, ¶¶ b. and d. The defendant's cooperation pertains to the conduct of Defendants Leonard Luton and Rajay Dobson charged in Case No. 19-cr-00098-CMA.

3)  One of the terms of the defendant's cooperation is that she testify at trial "with

respect to the activities of herself and others concerning all matters about which the government inquires." *Id.* Her agreement references the indictment in which Defendant Leonard Luton is charged. *Id.* at 2. The grand jury returned a Superseding Indictment on July 10, 2019, which indictment added Rajay Dobson as a defendant, and added charges against Dobson and additional charges against Leonard Luton. Defendant Byfield has indicated she will also testify at trial against Defendant Dobson to the extent of her knowledge regarding his involvement with Defendant Luton.

4) On Thursday, July 18, 2019, the August 19, 2019 trial against Defendants Luton and Dobson[1] was continued to November 4, 2019. 19-cr-00098-CMA, ECF 50.

5) The defendant cannot comply with the terms of her plea agreement until Defendants Luton and Dobson have been tried and/or are sentenced.

6) In addition, Government counsel cannot determine the level of departure to request for the defendant until Defendants Luton and Dobson have been tried and/or are sentenced.

7) For these reasons, the parties cannot proceed to sentencing on August 15, 2019.

8) Ms. Fisher-Byrialsen has discussed this continuance with her client, who is on bond, and represents that her client is in agreement with a continuance of this matter.

9) The parties therefore request that the Court vacate the August 15, 2019 sentencing hearing in this case. The parties also respectfully request the Court's permission to call chambers to reschedule the hearing. The parties will seek a date and time that will allow the defendant to be sentenced during the week when she is in Colorado to testify at trial.

---

[1] Dobson has not been arrested on the pending charges.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Sarah H. Weiss
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Sarah.weiss@usdoj.gov

3

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record.

s/ *Martha A. Paluch*_____
MARTHA A. PALUCH
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste 1600
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
E-mail:Martha.paluch@usdoj.gov
Sarah.weiss@usdoj.gov

4