**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00207-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

---

**JOINT MOTION TO RESCHEDULE THE
NOVEMBER 6, 2019 SENTENCING HEARING**

---

The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch and Sarah H. Weiss, Assistant United States Attorneys, and Stacy A. Byfield, by and through her counsel Jane Fisher-Byrialsen, jointly move this Court to vacate the sentencing hearing currently scheduled for November 6, 2019, at 4:00 p.m. In support thereof, the parties state as follows:

As a condition of her plea agreement, the defendant was scheduled to testify during the November 4, 2019 trial in *United States v. Leonard Luton,* 19-cr-00098-CMA. The defendant was expected to testify early in the trial, and then be sentenced on November 6, 2019, at 4:00 p.m.

However, Defendant Luton recently hired new counsel and the Court granted the Federal Public Defenders' Motion to Withdraw as counsel on September 18, 2019. ECF 64. On September 24, 2019, the Court granted Defendant Luton's Unopposed

Motion to Vacate the November 4, 2019 trial date, in order to provide new counsel with sufficient time to review the discovery and prepare for trial. The Court scheduled a status conference in that case for October 24, 2019 at 3:00 p.m. The parties anticipate receiving a trial setting at that time.

WHEREFORE, the parties respectfully request that this Court vacate the sentencing hearing scheduled in this matter for November 6, 2019, at 4:00 p.m. The parties respectfully request that they be allowed to contact chambers no later than Monday, October 28, 2019, to reschedule the sentencing hearing to a date and time convenient to the Court and parties.

Respectfully submitted,

JASON R. DUNN
United States Attorney

  /s *Martha A. Paluch*
Martha A. Paluch
Sarah H. Weiss
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov
Sarah.weiss@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

    /s *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov