### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00207-RBJ

UNITED STATES OF AMERICA,

 Plaintiff,

v.

STACY A. BYFIELD,

 Defendant.

---

### ORDER GRANTING JOINT MOTION TO RESCHEDULE THE NOVEMBER 6, 2019 SENTENCING HEARING

---

 THIS MATTER comes before the Court upon the Joint Motion to Reschedule the November 6, 2019 Sentencing Hearing [Doc. 48].

 The Court having considered this motion, it is hereby

 ORDERED that the Joint Motion to Reschedule the November 6, 2019 Sentencing Hearing [Doc. 48] is GRANTED.   It is further

 ORDERED that counsel for the government and the defendant shall contact chambers to schedule a new sentencing hearing date no later than Monday, October 28, 2019.

DATED this _____ day of _____, 2019.

               BY THE COURT:

               _____
               R. BROOKE JACKSON
               United States District Judge
               District of Colorado