| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / C4E 25436681 | 01/1 | 50041 | 1 of 1 |

Jamaica Breeze Restaurant Corporati
23202 Merrick Blvd
Laurelton, NY 11413-2115

# Earnings Statement



Period Starting: 01/05/2020
Period Ending: 01/18/2020
Pay Date: 01/24/2020

Business Phone: 347-894-8049

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0       Tax Override:
  State: 0           Federal:
  Local: 0           State:
                     Local:
Social Security Number: XXX-XX-XXXX

**Stacy Byfield**
**959 St Marks Ave**
**Brooklyn, NY 11213**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 69.75 | 1046.25 | 1931.25 |
| **Gross Pay** | | | **$1,046.25** | **$1,931.25** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.42 | 181.49 |
| Social Security | -64.87 | 119.74 |
| Medicare | -15.17 | 28.00 |
| New York State Income | -36.47 | 63.43 |
| New York Paid Family Leave | -2.82 | 5.21 |
| New York City R Local | -25.87 | 45.37 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| **Net Pay** | | **$799.43** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 69.75 | 128.75 |

Your federal taxable wages this period are $1,046.25

◀ TEAR HERE

© 1998, 2006, ADP, LLC. All Rights Reserved.

```
00157
Company Code       Loc/Dept    Number    Page
KJ / C4E 25436681  01/         50005     1 of 1
Jamaica Breeze Restaurant Corporati
23202 Merrick Blvd
Laurelton, NY 11413-2115
```

# Earnings Statement

**ADP**

Period Starting: 12/22/2019
Period Ending:   01/04/2020
Pay Date:        01/10/2020

Business Phone:  347-894-8049

Taxable Marital Status:  Single
Exemptions/Allowances:   Tax Override:
  Federal:   0           Federal:
  State:     0           State:
  Local:     0           Local:
Social Security Number:  XXX-XX-XXXX

**Stacy Byfield**
**959 St Marks Ave**
**Brooklyn, NY 11213**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 59.00 | 885.00 | 885.00 |
| **Gross Pay** | | | **$885.00** | $885.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 59.00 | 59.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -81.07 | 81.07 |
| Social Security | -54.87 | 54.87 |
| Medicare | -12.83 | 12.83 |
| New York State Income | -26.96 | 26.96 |
| New York Paid Family Leave | -2.39 | 2.39 |
| New York City R Local | -19.50 | 19.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |

| **Net Pay** | | **$686.18** | |

Your federal taxable wages this period are $885.00

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY 11213
Soc Sec #: xxx-xx-xxxx   Employee ID: 53

Pay Period: 12/08/19 to 12/21/19
Check Date: 12/27/19   Check #: 35708

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 918.15 | 6153.83 |
| NET PAY | 918.15 | 6153.83 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 78.00 | 15.0000 | 1170.00 | 513.50 | 7702.50 |
| Total Hours | 78.00 | | | 513.50 | |
| Gross Earnings | | | 1170.00 | | 7702.50 |
| Total Hrs Worked | 78.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 72.54 | 477.56 |
| Medicare | | 16.97 | 111.69 |
| Fed Income Tax | S 0 | 115.40 | 701.43 |
| NY Income Tax | S 0 | 43.95 | 235.40 |
| NY Disability | | 1.20 | 10.80 |
| NY Disability PFL | | 1.79 | 11.79 |
| **TOTAL** | | 251.85 | 1548.67 |



**> > > IMPORTANT MESSAGE(S) < < <**

Effective 12/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er with >= 11 Ees: tip credit up to $5 may be taken towards $15 min wage. In NYC at Er with < 11 Ees: tip credit up to $4.50 may be taken towards $13.50 min wage. In Nassau, Suffolk, & Westchester Counties: tip credit up to $4 may be taken towards $12 min wage. In remainder of NYS (Upstate): tip credit up to $3.60 may be taken towards $11.10 min wage.

ayrolls by Paychex, Inc.

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| 918.15 | 6153.83 |

018 1506-5904   JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY 11413 • (718) 807-8920

riod: 11/10/19 to 11/23/19
Date: 11/29/19   Check #: 35656

**Y ALLOCATIONS**

| PTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Amount | 809.67 | 4331.39 |
| Y | 809.67 | 4331.39 |

Total Hrs Worked   68.25

| WITHHOLDINGS DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 63.47 | 333.64 |
| Medicare |  | 14.85 | 78.03 |
| Fed Income Tax | S 0 | 97.85 | 472.88 |
| NY Income Tax | S 0 | 35.14 | 148.67 |
| NY Disability PFL |  | 1.57 | 8.24 |
| NY Disability |  | 1.20 | 8.40 |
| **TOTAL** |  | **214.08** | **1049.86** |

> > **IMPORTANT MESSAGE(S)** < <

2/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er
Ees: tip credit up to $5 may be taken towards $15 min wage. In
with < 11 Ees: tip credit up to $4.50 may be taken towards
wage. In Nassau, Suffolk, & Westchester Counties: tip credit up
be taken towards $12 min wage. In remainder of NYS (Upstate):
to $3.60 may be taken towards $11.10 min wage.

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 809.67 | 4331.39 |

by Paychex, Inc.

506-5904  JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY  11413 • (718) 807-8920

**FOLD AND REMOVE**

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY 11213
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Pay Period: 10/27/19 to 11/09/19
Check Date: 11/15/19    Check #: 35630

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 653.62 | 3521.72 |
| NET PAY | 653.62 | 3521.72 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 54.25 | 15.0000 | 813.75 | 290.50 | 4357.50 |
| Total Hours | 54.25 | | | 290.50 | |
| Gross Earnings | | | 813.75 | | 4357.50 |
| Total Hrs Worked | 54.25 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 50.46 | 270.17 |
| Medicare | | 11.80 | 63.18 |
| Fed Income Tax | S 0 | 72.65 | 375.03 |
| NY Income Tax | S 0 | 22.77 | 113.53 |
| NY Disability PFL | | 1.25 | 6.67 |
| NY Disability | | 1.20 | 7.20 |
| TOTAL | | 160.13 | 835.78 |

**FOLD AND REMOVE**

🏠 FOLD AND REMOVE                                                                                                      FOLD AND REMOVE 🏠

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY  11213
Soc Sec #: xxx-xx-xxxx     Employee ID: 53

Pay Period: 10/13/19 to 10/26/19
Check Date: 11/01/19     Check #: 35605

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 728.88 | 2868.10 |
| **NET PAY** | **728.88** | **2868.10** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 61.00 | 15.0000 | 915.00 | 236.25 | 3543.75 |
| Total Hours | 61.00 | | | 236.25 | |
| Gross Earnings | | | 915.00 | | 3543.75 |
| Total Hrs Worked | 61.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.73 | 219.71 |
| Medicare | | 13.26 | 51.38 |
| Fed Income Tax | S 0 | 84.80 | 302.38 |
| NY Income Tax | S 0 | 28.73 | 90.76 |
| NY Disability PFL | | 1.40 | 5.42 |
| NY Disability | | 1.20 | 6.00 |
| **TOTAL** | | **186.12** | **675.65** |

**> > > IMPORTANT MESSAGE(S) < < <**

Effective 12/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er with >= 11 Ees: tip credit up to $5 may be taken towards $15 min wage. In NYC at Er with < 11 Ees: tip credit up to $4.50 may be taken towards $13.50 min wage. In Nassau, Suffolk, & Westchester Counties: tip credit up to $4 may be taken towards $12 min wage. In remainder of NYS (Upstate): tip credit up to $3.60 may be taken towards $11.10 min wage.

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 728.88 | 2868.10 |

Payrolls by Paychex, Inc.

0018 1506-5904   JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY  11413 • (718) 807-8920

**FOLD AND REMOVE**          **FOLD AND REMOVE**

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY  11213
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Pay Period: 09/29/19 to 10/12/19
Check Date: 10/18/19    Check #: 35582

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 577.59 | 2139.22 |
| NET PAY | 577.59 | 2139.22 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 47.50 | 15.0000 | 712.50 | 175.25 | 2628.75 |
| Total Hours | 47.50 | | | 175.25 | |
| Gross Earnings | | | 712.50 | | 2628.75 |
| Total Hrs Worked | 47.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 44.17 | 162.98 |
| Medicare | | 10.33 | 38.12 |
| Fed Income Tax | S 0 | 60.50 | 217.58 |
| NY Income Tax | S 0 | 17.62 | 62.03 |
| NY Disability PFL | | 1.09 | 4.02 |
| NY Disability | | 1.20 | 4.80 |
| **TOTAL** | | 134.91 | 489.53 |

\> \> \> **IMPORTANT MESSAGE(S)** \< \< \<

Effective 12/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er with >= 11 Ees: tip credit up to $5 may be taken towards $15 min wage. In NYC at Er with < 11 Ees: tip credit up to $4.50 may be taken towards $13.50 min wage. In Nassau, Suffolk, & Westchester Counties: tip credit up to $4 may be taken towards $12 min wage. In remainder of NYS (Upstate): tip credit up to $3.60 may be taken towards $11.10 min wage.

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 577.59 | 2139.22 |

Payrolls by Paychex, Inc.

0018 1506-5904   JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY  11413 • (718) 807-8920

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY 11213
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Pay Period: 09/15/19 to 09/28/19
Check Date: 10/04/19    Check #: 35559

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 569.07 | 1561.63 |
| NET PAY | 569.07 | 1561.63 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 46.75 | 15.0000 | 701.25 | 127.75 | 1916.25 |
| Total Hours | 46.75 | | | 127.75 | |
| Gross Earnings | | | 701.25 | | 1916.25 |
| Total Hrs Worked | 46.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 43.48 | 118.81 |
| Medicare | | 10.17 | 27.79 |
| Fed Income Tax | S 0 | 59.15 | 157.08 |
| NY Income Tax | S 0 | 17.11 | 44.41 |
| NY Disability PFL | | 1.07 | 2.93 |
| NY Disability | | 1.20 | 3.60 |
| **TOTAL** | | 132.18 | 354.62 |

> > > **IMPORTANT MESSAGE(S)** < < <

Effective 12/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er with >= 11 Ees: tip credit up to $5 may be taken towards $15 min wage. In NYC at Er with < 11 Ees: tip credit up to $4.50 may be taken towards $13.50 min wage. In Nassau, Suffolk, & Westchester Counties: tip credit up to $4 may be taken towards $12 min wage. In remainder of NYS (Upstate): tip credit up to $3.60 may be taken towards $11.10 min wage.

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 569.07 | 1561.63 |

Payrolls by Paychex, Inc.

0018 1506-5904   JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY 11413 • (718) 807-8920

**FOLD AND REMOVE**                                                                                              **FOLD AND REMOVE**

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY 11213
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Pay Period: 09/01/19 to 09/14/19
Check Date: 09/20/19    Check #: 35536

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 645.20 | 992.56 |
| NET PAY | 645.20 | 992.56 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 53.50 | 15.0000 | 802.50 | 81.00 | 1215.00 |
| Total Hours | 53.50 | | | 81.00 | |
| Gross Earnings | | | 802.50 | | 1215.00 |
| Total Hrs Worked | 53.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.75 | 75.33 |
| Medicare | | 11.64 | 17.62 |
| Fed Income Tax | S 0 | 71.30 | 97.93 |
| NY Income Tax | S 0 | 22.18 | 27.30 |
| NY Disability | | 1.20 | 2.40 |
| NY Disability PFL | | 1.23 | 1.86 |
| **TOTAL** | | 157.30 | 222.44 |

**> > > IMPORTANT MESSAGE(S) < < <**

Effective 12/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er with >= 11 Ees: tip credit up to $5 may be taken towards $15 min wage. In NYC at Er with < 11 Ees: tip credit up to $4.50 may be taken towards $13.50 min wage. In Nassau, Suffolk, & Westchester Counties: tip credit up to $4 may be taken towards $12 min wage. In remainder of NYS (Upstate): tip credit up to $3.60 may be taken towards $11.10 min wage.

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 645.20 | 992.56 |

Payrolls by Paychex, Inc.

0018 1506-5904    JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY 11413 • (718) 807-8920

**PERSONAL AND CHECK INFORMATION**
Stacy Byfield
959 St Marks Ave
Brooklyn, NY 11213
Soc Sec #: xxx-xx-xxxx    Employee ID: 53

Pay Period: 08/18/19 to 08/31/19
Check Date: 09/06/19    Check #: 35513

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 347.36 | 347.36 |
| **NET PAY** | **347.36** | **347.36** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 27.50 | 15.0000 | 412.50 | 27.50 | 412.50 |
| Total Hours | 27.50 | | | 27.50 | |
| Gross Earnings | | | 412.50 | | 412.50 |
| Total Hrs Worked | 27.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.58 | 25.58 |
| Medicare | | 5.98 | 5.98 |
| Fed Income Tax | S 0 | 26.63 | 26.63 |
| NY Income Tax | S 0 | 5.12 | 5.12 |
| NY Disability PFL | | 0.63 | 0.63 |
| NY Disability | | 1.20 | 1.20 |
| **TOTAL** | | 65.14 | 65.14 |

**> > > IMPORTANT MESSAGE(S) < < <**

Effective 12/31/18, for tipped Ees in NYS Hospitality Industry: In NYC at Er with >= 11 Ees: tip credit up to $5 may be taken towards $15 min wage. In NYC at Er with < 11 Ees: tip credit up to $4.50 may be taken towards $13.50 min wage. In Nassau, Suffolk, & Westchester Counties: tip credit up to $4 may be taken towards $12 min wage. In remainder of NYS (Upstate): tip credit up to $3.60 may be taken towards $11.10 min wage.

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 347.36 | 347.36 |

*Payrolls by Paychex, Inc.*

0018 1506-5904   JAMAICA BREEZE RESTAURANT CORPORATION • 232-02 Merrick Blvd • Laurelton NY 11413 • (718) 807-8920