

February 5, 2020

To Whom It May Concern,

This letter is in regards to Ms Stacy-ann Byfield whom I have known for over 25 years. She is my cousin oldest daughter. She is a wonderful, smart, gracious and compassionate person. Currently she is employed at Jamaica Breeze Restaurant which I am the owner and operator of the establishment. She started working at restaurant as of August 12, 2019.

Having her there as an employee is a great asset to our business. She is hardworking, reliable, has great customer service skills and is very honest. These qualities are very redeeming qualities and quite necessary when working in this industry. Moreover, it is some of the characteristics needed to be successful at further careers she chooses in life.

As a community leader and activist having Stacy on my team with that determination helps to build and further our business and community relationships. Her dedication to her work and family is quite impressive and serves as an example to others. For further information, I can be reached at the above address or my email address mdincan31nyc @hotmail.com. Thank you.

Sincerely,


Michael Duncan

To Whom it May Concern,

I have known Stacy Byfield for more than 15 years. As a cousin, I've watched her mentor and nurture her younger sisters and myself as we grew into women.

Stacy is one of the most dedicated, hardworking, kindest and loving people I know. I've had the pleasure of maturing into adulthood with her and during this time, she's taught me multiple valuable life lessons. As she I watch her as a leader at Jamaica Breeze Restaurant, I see how compassionate and pleasant she is with the customers. I also see that she never misses the opportunity to help others. Once, while we were together at the restaurant the she made sure carried an elderly women's meal to her and ensured she was taken care of throughout her time in the restaurant. Most importantly, Stacy is well-regarded among all the staff as a person of high integrity and honesty.

Stacy is the type of person you can count on to keep a cool head in a stressful situation, and his positive attitude is contagious.

I hope this letter will give you an idea of her good character and help her get a second chance to prove this was an unusual occurrence.

Thank you for taking the time to read this letter.

If you have any questions, please feel free to contact me.

Sincerely,

Micaella Duncan
718-926-7564
MicaellaDuncan@gmail.com

130-05 235th street
Rosedale NY, 11422
February 5, 2020

To Whom It May Concern:

My name is Sophia Duncan and I am a Registered nurse at Mercy Medical Center. I have known Miss Stacy-ann Byfield for over 25 years. This young lady basically grew up with my children. She is a talented, energetic, and ambitious young lady who has demonstrated exceptional skills and the ability to work independently and effectively in very challenging settings.

Miss Byfield has a gentle and compassionate presence that she uniquely displays towards others. She is currently employed in our family own business. She is a cashier, however as needed she steps up to assist the supervisors in managing the daily work activities. She is most proficient at engaging and encouraging others to work together in an efficient manner

She is the type of individual who has the willingness to accept responsibility and takes initiative to put into fruition those things that will achieve her goals.

She is reliable and dependable and has the ability to understand other people's perspectives. Through her compassion, understanding, and work ethics, Miss Byfield has a grand future ahead of her. I hope this letter will give an incite in this wonderful person character.

If you need any additional information, I will be happy to provide it. I can be reached at 718-807-6820.

Sincerely,

Sophia Duncan

February 6, 2020

To whom it may concern,

    On behalf of Stacy- Ann Byfeild, throughout the period of her employment at Jamaica Breeze Restaurant, her performance and work ethic is exemplary. She works well with others and maintains professionalism. Also, she is dependable and responsible. She is a team player and she gets every job done efficiently. She is easy to work with and great with customers and staff. As her supervisor Fulani Kidd, I find Ms. Stacy Ann Byfield pleased to work with an overall outstanding person and employee. Over the course of her time at Jamaica Breeze her patience has grown and her ability to deal with difficult situations has flourish.

    Ms. Byfield has determination and strives to become a better person not only for herself but for her family and friends. Being one of her family members, she has a very great heart and is very loving. She knows how to uplift someone when they are feeling down. Her passion for others allows her personality to shine through and make it easy for someone to feel comfortable. She puts a smile on everyone's face despite her circumstances. She is a very jovial person who keeps others around happy. She's a very strong minded individual and resilient. She has the will power to go for anything her heart desires. When it comes to family she doesn't hesitate to put them first before herself. Overall I hope this letter gives you insight to the caring, loving, and hard working person I know Stacy to be.

Sincerely,

*Fulani Kidd*

Fulani Kidd

Theresa Gordon
232-02 Merrick Blvd
Laurelton, NY 11413

To whom it may concern:

My name is Theresa Gordon i'm Stacy superviser. Stacy has alway displayed a high degree of intergrity, responsibility and ambition. She is a dependable team player she works well with other she always on time for work never late she enjoy her work. Her good judgment and mature outlook ensure her approach to her endeavors. I find her to be very dedicated, capable to tackle any assignments and have a pleasant personality she get along with the cusmoters very well and also with the staff.

Gordon
Superviser