# Declaration of Natasha Powers-Marakis Regarding
## Interview and Statement Albert Byfield

I, Natasha Powers-Marakis, attest to and affirm on my oath, that the following is a summary of my interviews with Albert Byfield. I have spoken with Albert every other week for the past year. All of my conversations with Albert have been over the phone as he lives in Brooklyn, New York.

Albert Byfield is the father of three daughters. He and his former wife are both from Jamaica and still have family in Jamaica. Stacy is the eldest child and in his words, "has her own unique personality." Albert said Stacy always had her own way of doing things, but would consistently accomplish the goals she set for herself when she was younger. Albert said Stacy was a good student and she did not get involved in any trouble in or outside of school. Additionally, Stacy has not been involved with any criminal actions until she was arrested in this case.

After Stacy graduated from High School she chose not to further her education. Stacy worked off and on at several jobs, but did not find a career that she wanted to follow. Albert said Stacy had dreams of starting her own business, but did not have the resources to accomplish that goal.

Albert said Stacy found herself helping to financially support her mother and youngest sister, who lives with her mother. They moved in together in an apartment in the Brooklyn area and Stacy became responsible for the rent, as well as the bulk of the home expenses. Albert did not feel this was fair to Stacy, but she readily took on this responsibility. Eventually, Stacy's mother and sister moved out of the state and left Stacy with the responsibility of paying all of the bills and rent for the apartment.

Albert said Stacy has always been open and willing to help anyone in need. He added that she does this even to her own detriment.

Albert said that Stacy met Bruce Luton (the separately charged co-defendant in this case) through a mutual friend. Stacy and Luton became friends and she eventually introduced Luton to him.  Albert said he interacted on a number of occasions with Luton and believed him to be both a DJ and computer repair expert. In fact, Albert spent time alone with Luton and they discussed music and Jamaica.

Albert was shocked when Stacy had called him from jail in Colorado and told him that she had been arrested. Albert told me he was shocked because Stacy had never been in trouble with any criminal activity. As Albert learned about this case he realized he had been conned by Luton as well.

Albert was happy to learn that Stacy had accepted responsibility for her actions, and that she would be released until her sentencing. Since her arrest and time in jail Albert said Stacy has grown and become an incredibly motivated person. Albert has seen Stacy grow and mature in a way that makes him very proud. Albert said Stacy has been dedicated to following all of the rules of pre-trial supervision and refuses to step out of those guidelines.

Albert knows that Stacy has been working and said she has to take 3 busses to get to her job about an hour from her home. Albert said Stacy has never missed a day of work at her current job and has been offered the opportunity to work more hours and days because of her dedication.

Albert said Stacy has also become more open to talking about how she feels about her goals and dreams, and is working hard to make that happen. Additionally, Stacy has become helpful to Albert and watches his 4 year old son whenever possible. Albert said Satcy's relationship with he, his son, her sisters, and her mother have changed for the better since her release from custody.

Albert realizes that there is a possibility that Stacy will be sentenced to prison for her actions in this case. Ablert prays the Court will allow her to stay out of custody and and if she were to serve any additional sentence that it be done through probation. Albert prays Stacy can stay on the good path that she is on while out of a supervised setting.

So dated this 4th day of February, 2020.

*/s/ Natasha Powers - Marakis*