**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00207-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY BYFIELD,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently with respect to this defendant.

1

Respectfully submitted this 10th day of March, 2020.

                                  JASON R. DUNN
                                  United States Attorney

                                  s/ Martha A. Paluch
                                  MARTHA A. PALUCH
                                  Assistant U.S. Attorney
                                  1801 California Street, Suite 1600
                                  Denver, CO 80202
                                  Telephone 303-454-0100
                                  Facsimile 303-454-0402
                                  Email: martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    s/ *Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone 303-454-0100
    Facsimile 303-454-0402
    martha.paluch@usdoj.gov