**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number 19-cr-00207-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through United States Attorney Jason R. Dunn, and the undersigned Assistant United States Attorney, respectfully moves to restrict document, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted this 10th day of March, 2020.

        JASON R. DUNN
        United States Attorney

    By: *s/ Martha A. Paluch*
       MARTHA A. PALUCH
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: martha.paluch@usdoj.gov
       Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
(303) 454-0100
FAX: (303) 454-0402
Email: Martha.paluch@usdoj.gov
Attorney for the government