IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 19-cr-00207-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACY A. BYFIELD,

    Defendant.

## ORDER TO RESTRICT DOCUMENTS

This matter is before the Court on the Government's Motion to Restrict Documents. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "Viewable by Selected Parties & Court" only.

IT IS SO ORDERED on this ____ day of _____, 2020.

                                  BY THE COURT:

                                  _____
                                  THE HON. R. BROOKE JACKSON
                                  UNITED STATES DISTRICT COURT JUDGE
                                  DISTRICT OF COLORADO