**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00207-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STACY BYFIELD,

      Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S STATEMENT IN SUPPORT OF
SENTENCING AND REQUEST FOR DOWNWARD VARIANCE**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby responds to the defendant's Statement in Support of Sentencing and Request for Downward Variance, ECF 52.

The defendant notes that she spent almost four months in custody prior to pleading guilty.   She asks that the Court follow the recommendation of the probation office and find that an additional period of incarceration is not necessary.   In support of this request, the defendant cites to the fact 1) she has successfully complied with the terms of her pre-trial supervision without incident for over 10 months; 2) she is gainfully employed; 3) she has the support of her family and friends, as evidenced by the letters of support submitted to the Court; 4) she is remorseful for her actions and sees the error in her ways; 5) there is a low risk of recidivism; and 6) she cooperated with the government.   ECF 52 at 2.

1

The government has no basis to dispute any of these assertions, and agrees with the defendant that given these factors and the facts of this case, no additional period of incarceration is necessary.

Defendant next asks that the Court sentence the defendant to one year of probation rather than the three-year period recommended by the probation office.   In support, the defendant cites to the fact she has remained compliant with all conditions of her supervision for the past 10 months.   While this is commendable, the government submits that a two-year term of probation is more appropriate.   Two years of probation will reinforce to the defendant the seriousness of this offense.   For two years, she will be required to comply with all conditions of supervision and remain in contact with her probation officer.   An additional year of probation will also afford the defendant more time to pay the $4,750 she owes in restitution.   The daily reminder this supervision will provide to the defendant of the choices she made in this case will continue to deter her from any further involvement with the criminal justice system.

In addition, the defendant requests that the Court impose 40 hours of community service rather than 100 as recommended by the probation office.   The government asserts that in light of its sentencing recommendation, 100 hours of community service is more appropriate.   The defendant's responses to questions about her growth over the last year as set forth in her sentencing statement, and the letters of support submitted on her behalf, make clear that this defendant is a caring individual who enjoys helping others.   Completing 100 hours of community service is a better use of this defendant's time and talents rather than confining her to prison.   The sense of pride the

defendant will receive from helping her community will reinforce her commitment to being a contributing member of society.

For these reasons, at the defendant's March 24, 2020 sentencing hearing, the government will recommend that the Court impose a two-year period of probation with the special conditions that the defendant a) complete 100 hours of community service; b) pay the agreed upon $4,750 in restitution to Victim S.O; c) comply with all of the other mandatory, standard, and special conditions of supervision as set forth by the probation office in the presentence report, and also pay a $100 special assessment fee.

Respectfully submitted this 11th day of March, 2020.

JASON R. DUNN
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 11th day of March, 2020, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system that will send notification of

such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov