IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00207 (RBJ)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STACY BYFIELD,

    Defendant.

---

**JOINT STIPULATION BY THE DEFENSE AND GOVERNMENT REGARDING THE SENTENCING IN THIS CASE, WAIVER OF CERTAIN RIGHTS RELATED TO SENTENCING AND MOTION FOR SENTENCING WITHOUT A HEARING**

---

The parties hereby respectfully submit the following stipulation and following waiver by Ms. Byfield of certain rights related to sentencing and jointly request that this Honorable Court sentence Ms. Byfield without a hearing in court.

## BACKGROUND

Stacy was arrested in Estes Park, Colorado on January 22, 2019 and held without bond.  May 20, 2019 Ms. Byfield plead guilty to Count One of the Information charging her with Misprison of a Felony, 18 U.S.C. Section 4.  Upon a joint application from the government and defense, this Court granted Ms. Byfield's release on an unsecured bond immediately following her plea.  Upon her release, Ms. Byfield returned to Brooklyn, New York where she resides and her pre-trial supervision was transferred to Eastern District of New York.

There are currently a number of health concerns for everyone involved in this case, including the defendant, the attorneys for the government and defense, the Judge and his staff as a result of the fast and dangerous spread of the COVID-19 virus. Ms. Byfield understands that her sentence will not commence, and she will remain on pretrial supervision, until she is sentenced by this Court and the Judgement and Commitment Order is entered.

In light of the current COVID-19 situation Ms. Byfield would like to proceed with sentencing without a hearing and submits the below stipulation with the government and waiver of rights.

## STIPULATION BY THE PARTIES

The government and Stacy Byfield hereby stipulate to the following:

1. The government and Stacy Byfield agree that the appropriate sentence in this case is a sentence of two years probation and 100 hours of community service. The parties also agree that Ms. Byfield be ordered to pay $4,750.00 in restitution to Victim S.O. and pay $100.00 special assessment.

2. The government and Stacy Byfield agree that she can legally waive her presence at a sentencing hearing and that she can legally waive her right to an allocution without violation of her rights. *See* Fed. R. Crim. P. 43; *Alvarez v. Pineda*, 258 F.3d 1230, 1240 n.8 (10th Cir. 2001).

3. The government and Stacy Byfield agree that she can legally waive her right to appeal based on having been sentenced without a hearing.

## WAIVER OF RIGHTS BY MS. BYFIELD

4. Ms. Byfield understands that she has a right to a sentencing hearing in this case and, after consultation with undersigned counsel, she knowingly, voluntarily and intelligently waives that right.

5. Ms. Byfield understands that she has a right to be present at a sentencing hearing in this case and, after consultation with undersigned counsel, she knowingly, voluntarily and intelligently waives that right.

6. Ms. Byfield understands that she has a right to make an allocution at a sentencing hearing in this case and, after consultation with undersigned counsel, she knowingly, voluntarily and intelligently waives that right.

7. Ms. Byfield, after consultation with undersigned counsel, knowingly, voluntarily and intelligently, waives her right to appeal based on having been sentenced without a hearing.

## CONCLUSION

For the foregoing reasons the parties jointly request that this Honorable Court sentence Ms. Byfield without a hearing to two years probation, 100 hours community service, and order her to pay $4,750.00 in restitution, joint and several with separately charged co-defendant Leonard Luton and a $100 special assessment fee.

Dated: Denver, Colorado
March 23, 2020


Respectfully,

/s/*Jane Fisher-Byrialsen*                                    JASON R. DUNN

| | |
|---|---|
| Jane Fisher-Byrialsen, #49133 | UNITED STATES ATTORNEY |
| Fisher & Byrialsen, PLLC | |
| 4600 S. Syracuse Street, 9th Floor | */s/ Martha A. Paluch* |
| Denver, CO 80237 | Martha A. Paluch |
| Jane@FBLaw.org | Assistant U.S. Attorney |
| (303) 256-6345 | 1801 California Str., Suite 1600 |
| | Denver, CO 80202 |
| | (303) 454-0402 |
| | Martha.Paluch@usdoj.gov |

## CERTIFICATE OF SERVICE

I, Jane Fisher-Byrialsen, hereby certify that on March 23, 2020, I electronically filed the foregoing stipulation, waiver and motion with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all parties via their email addresses, and I hereby certify that I have mailed or served the document or paper to any non CM/ECF participant(s) in the manner indicated by the non-participant's name to the extent any such parties exist.

    Stacy Byfield (US Mail)

    /s/ *Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
Jane@FBLaw.org
Attorney for Stacy Byfield