PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:19-cr-00207-RBJ-1

DOCKET NUMBER *(Rec. Court)*
**1:20-cr-00435(ENV)**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| STACY BYFIELD | COLORADO | |
| | NAME OF SENTENCING JUDGE | |
| | R. Brooke Jackson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/23/2020  TO 03/22/2022 |

OFFENSE
Misprision of a Felony -- 18 U.S.C. § 4

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   COLORADO

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   EASTERN DISTRICT OF NEW YORK   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/8/2020                                              *Brooke Jackson*
*Date*                                                 *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   NEW YORK

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**10/9/2020**                                          *S/Eric N. Vitaliano*
*Effective Date*                                       *United States District Judge*